MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff ROBERT BOYD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BOYD, *et al* <br><br> Plaintiff, <br><br> vs. <br><br> WAYNE MCCURLEY, *et al.*, <br><br> Defendants. | Case No.:  2:10-cv-00358-WBS-KJM <br><br> **ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

IT IS SO ORDERED.

DATED: September 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-